FILED'07 AUG 10 11:17USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STUART LEE BOYD, | CV No. 07-543 ST |
| Petitioner, | ORDER DISMISSING HABEAS CORPUS PETITION |
| vs. | |
| BRIAN BELLEQUE, | |
| Respondent. | |

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

as of right so as to properly plead all *Blakely*-based claims in this Court. If the case is reopened, Respondent may assert any procedural defenses that were available when this Order issued.

IT IS SO ORDERED this 16th day of August, 2007.

_____
The Honorable Janice M. Stewart
United States Magistrate Judge

Submitted by:

/s/ Anthony D. Bornstein
Anthony D. Bornstein
Attorney for Petitioner

Lynn Larsen (by consent)
Assistant Attorney General
Attorney for Respondent